WILLIAM N. DOYLE, PETITIONER-APPELLANT v. SOUTHEASTERN GLASS LAMINATES, INC. AND EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA, RESPONDENT-APPELLEES

No. 535A91

(Filed 25 June 1992)

APPEAL by the petitioner pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 104 N.C. App. 326, 409 S.E.2d 732 (1991), affirming a judgment entered on 18 September 1990, by *Wilson, J.*, in Superior Court, MECKLENBURG County. The petitioner's petition for discretionary review as to additional issues was allowed by the Supreme Court on 9 January 1992. Heard in the Supreme Court on 12 May 1992.

*Legal Services of Southern Piedmont, Inc., by Kenneth L. Schorr, for the petitioner-appellant, William N. Doyle.*

*T. S. Whitaker, Chief Counsel, and John B. DeLuca, Staff Attorney, for the respondent-appellee, Employment Security Commission of North Carolina.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion of Judge Cozort.

Reversed.